UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARKER ANDERSON, individually and on behalf of all others similarly situated,<br><br>                                    Plaintiff,<br><br>v.<br><br>BROOKLINEN, INC., et al.,<br><br>                                    Defendants. | Case No.:  25-cv-2446-RSH-GC<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[ECF No. 23] |

Before the Court is the Parties' Joint Motion to Dismiss. ECF No. 23. In light of the Parties' joint motion and brief clarifying the scope of the dismissal, ECF No. 25, the Court **DISMISSES** Plaintiff's individual claims **WITH PREJUDICE** and the putative class claims **WITHOUT PREJUDICE**. Each Party is to bear its own fees and costs. The Clerk of Court is directed to close the case,

**IT IS SO ORDERED.**

Dated: January 18, 2026

_Robert S Huie_
Hon. Robert S. Huie
United States District Judge

1

25-cv-2446-RSH-GC